*State, Respondent, v. Strange, Petitioner*, No. 91940-2. Petition for review of a decision of the Court of Appeals, No. 45607-9-II, June 23, 2015, 188 Wn. App. 679. *Denied* November 4, 2015.

*In re Det. of Stout*, No. 91944-5. Petition for review of a decision of the Court of Appeals, No. 71343-4-I, June 15, 2015, 188 Wn. App. 1017. *Denied* November 4, 2015.

*State, Respondent, v. Benitez, Petitioner*, No. 91946-1. Petition for review of a decision of the Court of Appeals, No. 71305-1-I, June 1, 2015, 187 Wn. App. 1040. *Denied* November 4, 2015.

*State, Respondent, v. Mohamed, Petitioner*, No. 91949-6. Petition for review of a decision of the Court of Appeals, No. 71409-1-I, June 8, 2015, 188 Wn. App. 1007. *Denied* November 4, 2015.

*State, Respondent, v. Peppin, Petitioner*, No. 91952-6. Petition for review of a decision of the Court of Appeals, No. 32058-8-III, April 9, 2015, 186 Wn. App. 901. *Denied* November 4, 2015.

*In re Det. of Brooks*, No. 91956-9. Petition for review of a decision of the Court of Appeals, No. 31107-4-III, June 2, 2015, 188 Wn. App. 1001. *Denied* November 4, 2015.

*Figuracion et al., Petitioners, v. Rembrandt Realty Tr. et al., Respondents*, No. 91957-7. Petition for review of a decision of the Court of Appeals, No. 45779-2-II, June 16, 2015, 188 Wn. App. 1022. *Denied* November 4, 2015.

State, Respondent, v. Sagun, Petitioner, No. 91650-1. Petition for review of a decision of the Court of Appeals, No. 46005-0-II, April 22, 2015. *Denied* November 4, 2015.